Decided March 23, 2011

REBECCA MERRILL *v.* NRT NEW ENGLAND, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 126 Conn. App. 314 (AC 30972), is granted, limited to the following issues:

"1. Did the Appellate Court properly determine that General Statutes §§ 52-72 and 52-46a did not deprive the court of subject matter jurisdiction?

"2. Did the Appellate Court properly determine that the defendants waived any challenge to a lack of in personam jurisdiction?"

The Supreme Court docket number is SC 18763.

*Thomas E. Crosby*, in support of the petition.

Decided March 23, 2011